FILED
2006 DEC 28 PM 3:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CALIFORNIA WHOLESALE ELECTRICITY ANTITRUST LITIGATION | MDL 1405<br><br>NO. CV-05-1656-RHW |
| PREFERRED ENERGY SERVICES, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RELIANT ENERGY SERVICES; DUKE ENERGY TRADING AND MARKETING, LLC; DYNEGY, INC.; POWEREX CORP.; WILLIAMS ENERGY MARKETING; SEMPRA ENERGY RESOURCES, INC. AND TRADING COMPANY; AND DOES 1-1000,<br><br>　　Defendants. | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

　　Before the Court is Defendant's Motion to Dismiss (Ct. Rec. 2). A hearing was held on the motion on October 5, 2006. Plaintiff failed to appear for the hearing. Additionally, Plaintiff failed to file a response to Defendant's Motion to Dismiss. Pursuant to L.R. 7.1.f.3.c, the failure to file a response may constitute consent to the granting of the motion. The Court notes that Plaintiff has failed to take any action to prosecute this case.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. Defendant's Motion to Dismiss (Ct. Rec. 2) is **GRANTED**.

**ORDER DENYING PLAINTIFF'S MOTION TO REMAND; GRANTING DEFENDANT'S MOTION TO DISMISS ~ 1**

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** The District Court Executive is directed to enter |
| 2 | this Order, provide copies to counsel and close the file. |
| 3 | DATED this 18th day of December, 2006. |
| 4 | |
| 5 | |
| 6 | ROBERT H. WHALEY |
| 7 | United States District Judge |
| 8 | |
| 9 | C:\Tmp\Domino Web Access\dismiss98.wpd |

**ORDER DENYING PLAINTIFF'S MOTION TO REMAND; GRANTING DEFENDANT'S MOTION TO DISMISS ~ 2**